IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 12-mj-884 |
| vs. | ) |
| **NELSON KEE TELLER,** | ) |
| Defendant. | ) |

### ORDER TO DISMISS CRIMINAL COMPLAINT CR. NO. 12-MJ-884 AND QUASH ARREST WARRANT

This matter having come before the Court on the motion of the United States, for an order dismissing the Criminal Complaint Cr. No. 12-mj-884 and quashing the arrest warrant as to Nelson Kee Teller, as there is insufficient evidence at this time to prosecute the case against Teller.

WHEREFORE, for the foregoing reason, the motion is granted, the Criminal Complaint Cr. No. 12-mj-884 is dismissed and the arrest warrant is quashed.

*Robert H. Scott*
UNITED STATES MAGISTRATE JUDGE